UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Ann DeMarle

        Plaintiff(s)

    v.                                  Civil Action No. 2:21–cv–101

Videk, Inc.

        Defendant(s)

## **ORDER**

On or before June 3, 2021, Plaintiff and Defendant shall return executed their Magistrate Judge Assignment Forms in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 24th day of May 2021.

                                                        */s/ Kevin J. Doyle*
                                                        Kevin J. Doyle
                                                        United States Magistrate Judge